UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Automobile Insurance Co., <br><br> Plaintiff(s) <br><br> v. <br><br> Colonial Van Lines Inc., <br><br> Defendant(s) | Case No. C 5:23-cv-02562 <br><br> NOTICE OF SETTLEMENT |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within  90  days.

Date:  11/22/2024

Signed: _____
Attorney for Plaintiff(s)

Dated: Nov. 22, 2024

Signed: *. /s/ Jeffrey D. Nadel*_____
Attorney for Defendant(s)

Signed: _____
Attorney for Defendant(s)